FILED BY _____ D.C.

05 OCT 21 PM 2:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE CIRCUIT COURT FOR SHELBY COUNTY, TENNESSEE
AT MEMPHIS

DANA TURNER, Individually and as a next of kin of MARY E. PORTER, Deceased, )
)
Plaintiffs, )
)
v. )
)
BAPTIST MEMORIAL HOSPITAL and MERCK & CO., INC., )
)
Defendants. )
)

JURY DEMAND

Civil No.: CT-004835-05

05-2777-D

## ORDER

In this cause come the plaintiffs, and pursuant to Rule 41.01 of the Tennessee Rules of Civil Procedure having filed a Notice of Voluntary Non-Suit in this matter as to the defendants

IT IS, THEREFORE, **ORDERED** and **ADJUDGED** by the Court that the plaintiffs' suit be, and the same is hereby voluntarily dismissed without prejudice as to the defendants, with costs hereby assessed to the plaintiffs.

ENTERED this the 20th day of October, 2005.

_____
JUDGE

SUBMITTED FOR ENTRY:

**SHELLEY I. STILES & ASSOCIATES**

By: _____
SHELLEY I. STILES, #3192
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 371-8969
Attorney for plaintiffs

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02777 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Shelley I. Stiles
Shelley I. Stiles & Associates
5214 Maryland Way
Suite 402
Brentwood, TN 37027

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT